FILED
BOND COUNTY ILLINOIS
8/15/2022 10:47 AM
RANDI WORKMAN
CLERK OF THE CIRCUIT COURT

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
BOND COUNTY, ILLINOIS

2022LA9

KARI HAKE,

V.

CASEY'S GENERAL STORE, INC.

## COMPLAINT AT LAW

NOW COMES the Plaintiff, **Kari Hake**, by her attorney, John Abell, and complaining of the Defendant, **Casey's General Store, Inc.**, states as follows:

1. Kari Hake is a resident of the State of Illinois.

2. Casey's General Store is an Iowa corporation headquartered at 1 Convenience Blvd., PO Box 30001, Ankeny, Iowa 50021 and actively engaged in the business of retail mercantile sales within the State of Illinois and within Bond County.

3. On or about August 21, 2020, Casey's General Stores, Inc., operated at a location at 990 E. Beaumont Ave. Greenville, IL. 62246 which was open to the public as customers and invitees.

4. On or about August 21, 2020, the Plaintiff, **Kari Hake**, entered the premises owned or operated by Casey's General Stores, Inc. or its subsidiary companies or agents as a customer and was lawfully present within the store to make a purchase.

5. Plaintiff was casual to fail within the Defendant's premises due to the stacking of the merchandise, specifically cases of bottled water, within the walkway at or below a level that was visableto the ordinary and reasonable customer and created an unreasonable risk of harm to customers.

6. The condition which caused Plaintiff to fall was created by the Defendant, its employees, agents or assigns and was a result of negligence on part of Defendant, its agents or assigns.

**EXHIBIT A**

7. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition wither through the acts of its employees, in its negligent maintenance of inventory, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence.

8. Defendant knew or should have known that ordinary and reasonable customers would not have been able to ascertain the risk present or be aware of the condition created by the merchandise within the walkway or would have been unable to protect themselves against the risk of falling due to the placement of the merchandise.

9. As a direct and proximate result of the negligence of the Defendant, Plaintiff suffered permanent bodily injury, and resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment, and loss if earnings of loss of ability to earn money. As the injuries are permanent. Plaintiff will continue to suffer losses in the future.

10. Due to one or more of the foregoing negligent acts or omissions of the Defendant, Casey's General Stores, Inc., the Plaintiff, Kari Hake sustained serious and permanent injuries; was required to seek extensive medical consultation and treatment; has expended, and will in the future expend, great sums of money to be healed and cured of his maladies; suffered, and will in the future continue to suffer, great pain anguish and physical and mental suffering; and was deprived if earnings to which she might have otherwise been entitled.

WHEREFORE, the Plaintiff, **Kari Hake**, prays for judgment against the Defendant, **Casey's General Stores, Inc.,** in such an amount in excess of this Court's jurisdictional requisite and in excess of $50,000.00 as will fairly and adequately compensate the Plaintiff for injuries, losses and damage as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

KARI HAKE, Plaintiff

By: Attorney for Plantiff

Attorney # 6185062
John Abell
PO Box 321
Troy, IL. 62294
618-661-7450