22-311

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KARI HAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Number: 22-CV-2330-SPM |
| v. | ) | CJRA Track: B |
| | ) | Mandatory Mediation: Yes |
| CASEY'S GENERAL STORES, INC., | ) | Final Pretrial Date: 11/13/23 at 9:00 a.m. |
| | ) | Presumptive Trial Month: November 2023 |
| | ) | Judge: Stephen P. McGlynn, U.S. |
| Defendant. | ) | District Judge |

**JOINT REPORT OF PARTIES**
**AND PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on February 14, 2023 with attorneys and/or unrepresented parties Keith Short and Brittany Warren participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. A stipulation selecting a mediator shall be filed with the Court by 3/22/2023 (no later than **28 days** following the Scheduling and Discovery Conference).

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by February 28, 2023.

3. Plaintiff's deposition shall be taken by April 14, 2023.

4. Defendant's deposition shall be taken by April 14, 2023.

5. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by May 23, 2023 (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

6. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
Plaintiff's expert(s): June 1, 2023.
Defendant's expert(s): July 1, 2023.
Third Party expert(s): N/A.

7. Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): July 1, 2023.
Defendant's expert(s): August 1, 2023.
Third Party expert(s): N/A.

8. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than N/A. (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

9. The **Mandatory Mediation Session** shall be completed by 6/7/2023 (no later than **30 days** before the discovery cut-off).

10. **Discovery** shall be completed by July 7, 2023 (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

11. The **Mandatory Mediation Process** shall be completed by 7/21/2023 (no later than **15 days** after the discovery cut-off).

12. All **dispositive motions** shall be filed by July 24, 2023 (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

13. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then

contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: February 14, 2023

/s/ Keith Short (with permission)
_____
Attorney(s) for Plaintiff

/s/ Brittany P. Warren
_____
Attorney(s) for Defendant